## (December 23, 1936.)

In the Matter of the Application of WILLIAM ALDREW DOUGHERTY for Admission to Practice as an Attorney and Counselor at Law. (From the State of Ohio.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of OLIN R. MOYLE for Admission to Practice as an Attorney and Counselor at Law. (From the State of Wisconsin.) — Application granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

## (December 28, 1936.)

EDWARD L. BARTLEY, Respondent, v. JAMES A. BARTLEY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

HUGH BERZETY, Respondent, v. THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASS., and JAMES H. MALONE, Appellants.— Motion of plaintiff-respondent to vacate stay granted. Motion of defendants-appellants for leave to reargue the motion for leave to appeal to the Court of Appeals, or, in the alternative, for leave to appeal to the Court of Appeals, denied. Motion for reargument of the appeal denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CLAUDE A. BONAPARTE, Respondent, v. HOLYOKE MUTUAL FIRE INSURANCE COMPANY IN SALEM and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

EILEEN BOYD and DAVID BOYD, Respondents, v. AMERICAN CAN COMPANY, Sued Herein as AMERICAN CAN Co., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

MARY BRAISTED and WALTER C. BRAISTED, Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

BEATRICE BRAVERMAN, Appellant, v. MONTEREY OPERATING CORPORATION and Others, Defendants; DAVID WOLFF and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.